IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD DURR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-CV-554-SMY-RJD |
| | ) |
| DENNIS LARSON, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 52), recommending that the undersigned grant Defendant Dennis Larson's Motion for Summary Judgment (Doc. 40). No objections have been filed to the Report. For the following reasons, Judge Daly's Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusion that Plaintiff failed to exhaust his administrative remedies prior to filing this lawsuit. The Court finds no clear error in Judge Daly's findings, analysis or conclusions, and adopts her Report in its entirety.

Accordingly, Plaintiff's claims against Defendant Larson are **DISMISSED without prejudice** for failing to exhaust administrative remedies. The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED: May 17, 2019**

*[signature]*

**STACI M. YANDLE**
**United States District Judge**