IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD DURR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 17-cv-554-SMY-RJD |
| DENNIS LARSON, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Reginal Durr, an inmate in the custody of the Illinois Department of Corrections ("IDOC"), filed this action pursuant to 42 U.S.C. § 1983, claiming his constitutional rights were violated while he was incarcerated at Big Muddy River Correctional Center ("Big Muddy"). In his Amended Complaint, Plaintiff alleged that Dr. Dennis Larson failed to properly diagnose and treat his chronic neck pain, causing him to suffer unnecessary pain and eventual paralysis of his left arm and hand. This Court adopted Judge Daly's Report and Recommendation (Doc. 52) recommending the dismissal of Plaintiff's claims without prejudice for failure to exhaust administrative remedies (Doc. 56). Now pending before the Court is Plaintiff's Motion for Leave to Appeal *in forma pauperis* ("IFP") (Doc. 69). For the following reasons, the Motion is **DENIED**.

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3)(A). An appeal is taken in "good faith" if it seeks review of any issue that is not clearly frivolous, meaning that a reasonable person could suppose it to have at least some legal merit. *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

In this case, Plaintiff identifies the issue he intends to appeal and provides the requested details regarding his financial condition. The Court finds that Plaintiff is indigent. However, the Court is unable to certify that this appeal is taken in good faith. Plaintiff admitted that he did not exhaust his administrative remedies prior to filing this lawsuit. Plaintiff also acknowledged in his Notice of Appeal that he does not have a legal reason why this case should be reopened (Doc. 60). Accordingly, Plaintiff's Motion to Proceed on Appeal *in Forma Pauperis* is denied.

**IT IS SO ORDERED.**

**DATED: November 4, 2019**

**STACI M. YANDLE**
**United States District Judge**